UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT J. CESPEDES,<br>Defendant. | Case No. 6:17-po-00463-HBK-1<br>ORDER APPOINTING CJA COUNSEL<br>(Doc. 10) |

Defendant, under oath, swore or affirmed his financial inability to employ counsel and moves for appointment of counsel. (Doc. 10).

Accordingly, it is **ORDERED**:

1. In the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the motion (Doc. 10 ) is GRANTED.
2. Yan Shrayberman is appointed to represent the above defendant.
3. This appointment shall remain in effect until the pending criminal case and any direct appeal is resolved.

Dated: November 3, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE